# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 16-cr-15-JED** |
| | ) | |
| **JASMINE LYNCH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S MOTION FOR ONE LEVEL REDUCTION
## FOR ACCEPTANCE OF RESPONSIBILITY

The United States of America, through R. Trent Shores, Assistant United States Attorney, hereby moves that the defendant's total offense level be decreased by one additional level for early acceptance of responsibility under United States Sentencing Guidelines § 3E1.1(b). In support of its motion, the Government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently.

Accordingly, the Government would ask the Court to decrease defendant's offense level by one additional level, as provided for in United States Sentencing Guideline § 3E1.1(b).

Respectfully submitted,

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY


*/s/ R. Trent Shores*
R. Trent Shores, OBA No. 19705
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700


CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2016, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Defense Counsel

*/s/ R/ Trent Shores*
R. Trent Shores
Assistant United States Attorney